# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES SCRUGGS | ) | |
| | ) | |
| Movant/Defendant, | ) | |
| | ) | |
| v. | ) | 5:98-cr-0361-SLB-PWG |
| | ) | 5:01-cv-8045-SLB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on June 23, 2010, recommending that the Rule 60(b)(6) motion be denied. On August 2, 2010 Mr. Scruggs filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the Scruggs, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the Rule 60(b)(6) motion is due to be **DENIED**. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 17th day of August, 2010.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE